```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YVONNE DRAYTON,                    :     CIVIL ACTION
                                   :     NO. 17-3896
        Plaintiff,                 :
                                   :
     v.                            :
                                   :
ALFRED SHUSTER, et al.,            :
                                   :
        Defendants.                :
```

**O R D E R**

**AND NOW**, this **29th** day of **November, 2017,** upon consideration of Defendants' Notice of Removal (ECF No. 1) and Plaintiff's Motion to Remand to the Court of Common Pleas of Philadelphia County, Pennsylvania (ECF No. 9), which Defendants do not oppose, it appearing that all parties have agreed to a $75,000.00 cap on damages in the above-captioned matter, it is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the above-captioned matter shall be **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

**AND IT IS SO ORDERED.**

            /s/ Eduardo C. Robreno
            **EDUARDO C. ROBRENO,    J.**